1

2

3

4                                                          **E-FILED on**  7/30/2012

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11

**United States District Court**
**For the Northern District of California**

12   JAMIE GONZALEZ,                          No. C-12-02955 RMW

13            Plaintiff,

14        v.                                  ORDER GRANTING DEFENDANT EGGO'S
                                              MOTION TO DISMISS
15   THE EGGO COMPANY, INC. DBA
     KELLOGS; ECOLAB, INC.; JACOBS
16   ENGINEERING, INC. STATE CERTIFIED
     PLUMBING; and DOES 1-100, inclusive,    **[Re Docket No. 11]**
17
              Defendants.
18

19          Defendant The Eggo Company ("Eggo") moves to dismiss plaintiff's second, third, fourth,

20   and fifth causes of action.  In response, plaintiff seeks leave to amend to allege additional facts in

21   support of his claims.  As to the fifth cause of action for negligence, plaintiff concedes it should be

22   dismissed as against Eggo.  Plaintiff also seeks leave to add additional claims.  Eggo does not appear

23   to object to allowing plaintiff an opportunity to amend.  Thus, the motion to dismiss is granted, with

24   leave to amend except as to the negligence claim.  Plaintiff shall have until August 27, 2012 to file

25   an amended complaint.

26

27

28   DATED:       July 30, 2012                _____
                                              RONALD M. WHYTE
                                              United States District Judge

     ORDER GRANTING DEFENDANT EGGO'S MOTION TO DISMISS—No. C-12-02955 RMW
     LJP