1 | JANNIK P. CATALANO (SBN 224786)
CATALANO LAW GROUP
2 | 1686 Bryant Street
San Francisco, CA 94103
3 | Tel: (415) 436-9263
Fax: (877) 689-0676
4 | jannik@catlawgroup.com

5 | Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE

| | |
|---|---|
| JAMIE GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>THE EGGO COMPANY, INC. DBA KELLOGS; ECOLAB, INC.; JACOBS ENGINEERING, INC., STATE CERTIFIED PLUMBING; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 12-cv-02955-RMW<br><br>**STIPULATION OF ALL PARTIES TO CONTINUE CASE MANAGEMENT CONFERNCE AND** ~~PROPOSED~~ **ORDER**<br><br>Date: August 31, 2012<br>Time: 10:30 a.m.<br><br>District Judge: Hon. Ronald M. Whyte<br>Courtroom: 6 |

THE UNDERSIGNED STIPULATE to the following:

    1.    On July 23, 2012, the Court set a Case Management Conference for August 31, 2012 at 10:30 a.m.

    2.    Prior to July 23, 2012, Jannik Catalano, counsel for Plaintiff, made non-refundable travel plans that prevent him from being able to attend this hearing.  See the Declaration of Jannik P. Catalano filed herewith.

    3.    The parties have met and conferred by email to select a mutually agreeable date.

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE   -   CASE NO. 12-CV-02955-RMW**

1

1   4.   Accordingly, the parties agree that the Case Management Conference currently set for August 31, 2012 at 10:30 a.m., shall be continued to September 21, 2012 at 10:30 a.m., or the first date and time thereafter agreeable to the Court.

5.   The parties further agree that all deadlines tied to the date of the Case Management Conference be continued accordingly.

IT IS SO STIPULATED.

Dated: July 26, 2012                                CATALANO LAW GROUP

                                                          /S/ Jannik Catalano
                                                         Jannik P. Catalano
                                                        Attorneys for Plaintiff

Dated: July 26, 2012                          BOWMAN AND BROOKE LLP
                                          (Electronically signed per email authority)
                                                     /S/ Ryan A. McCarthy
                                                        Ryan A. McCarthy
                                                     Attorneys for Defendant
                                                           Ecolab Inc.

Dated: July 26, 2012                            WILSON TURNER KOSMO LLP
                                          (Electronically signed per email authority)
                                                    /S/ Marissa L. Lyftogt
                                                       Marissa L. Lyftogt
                                                    Attorneys for Defendant
                                                    The Eggo Company, Inc.

Dated: July 26, 2012                             KEESAL YOUNG & LOGAN
                                          (Electronically signed per email authority)
                                                    /S/   Nathan Jaskowiak
                                                        Nathan Jaskowiak
                                                    Attorneys for Defendant
                                                   Jacobs Engineering, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: Ì ~~DEF~~G

                                                    _____
                                                          Ronald M. Whyte
                                                      United States District Judge

---

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE   -   CASE NO. 12-CV-02955-RMW**