1  JANNIK P. CATALANO (SBN 224786)
   CATALANO LAW GROUP
2  1686 Bryant Street
   San Francisco, CA 94103
3  Tel: (415) 436-9263
   Fax: (877) 689-0676
4  jannik@catlawgroup.com

5  Attorney for Plaintiff

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE

12 JAMIE GONZALEZ,                         ) Case No. 12-cv-02955-RMW
                                           )
13                                         )
                                           ) **STIPULATION OF ALL PARTIES TO**
          Plaintiff,                       ) **CONTINUE CASE MANAGEMENT**
14                                         ) **CONFERNCE AND** ~~PROPOSED~~ **ORDER**
      v.                                   )
15                                         ) Date: August 31, 2012
                                           ) Time: 10:30 a.m.
16 THE EGGO COMPANY, INC. DBA              )
   KELLOGS; ECOLAB, INC.; JACOBS           ) District Judge: Hon. Ronald M. Whyte
17 ENGINEERING, INC., STATE CERTIFIED      ) Courtroom:      6
   PLUMBING; and DOES 1-100, inclusive,    )
18                                         )
                                           )
19         Defendants.                     )
                                           )
20                                         )
                                           )
21                                         )

22 THE UNDERSIGNED STIPULATE to the following:

23     1.    On July 23, 2012, the Court set a Case Management Conference for August 31,

24 2012 at 10:30 a.m.

25     2.    Prior to July 23, 2012, Jannik Catalano, counsel for Plaintiff, made non-

26 refundable travel plans that prevent him from being able to attend this hearing.  See the

27 Declaration of Jannik P. Catalano filed herewith.

28     3.    The parties have met and conferred by email to select a mutually agreeable date.

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE   -   CASE NO. 12-CV-02955-RMW**
**1**

1    4.    Accordingly, the parties agree that the Case Management Conference currently set for August 31, 2012 at 10:30 a.m., shall be continued to September 21, 2012 at 10:30 a.m., or the first date and time thereafter agreeable to the Court.

5.    The parties further agree that all deadlines tied to the date of the Case Management Conference be continued accordingly.

IT IS SO STIPULATED.

Dated: July 26, 2012                                              CATALANO LAW GROUP

      /S/ Jannik Catalano
Jannik P. Catalano
Attorneys for Plaintiff

Dated: July 26, 2012                                              BOWMAN AND BROOKE LLP
(Electronically signed per email authority)
      /S/ Ryan A. McCarthy
Ryan A. McCarthy
Attorneys for Defendant
Ecolab Inc.

Dated: July 26, 2012                                              WILSON TURNER KOSMO LLP
(Electronically signed per email authority)
      /S/ Marissa L. Lyftogt
Marissa L. Lyftogt
Attorneys for Defendant
The Eggo Company, Inc.

Dated: July 26, 2012                                              KEESAL YOUNG & LOGAN
(Electronically signed per email authority)
      /S/   Nathan Jaskowiak
Nathan Jaskowiak
Attorneys for Defendant
Jacobs Engineering, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: ~~DEFG~~

*[signature: Ronald M. Whyte]*

Ronald M. Whyte
United States District Judge