1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA

10   JAMIE GONZALEZ,                          CASE NO. 5:12-cv-02955-RMW

11           Plaintiff,                       **[] ORDER APPROVING STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

12       vs.

13   THE EGGO COMPANY, INC. DBA KELLOGS; ECOLAB, INC.; JACOBS
14   ENGINEERING, INC., STATE CERTIFIED PLUMBING; and DOES 1-100, inclusive,
15
         Defendants.
16
17
18
19
20
21
22
23
24
25
26
27
28

53042731.1

**[] ORDER APPROVING STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

# [] ORDER

Plaintiff Jamie Gonzalez and Defendant The Eggo Company (erroneously sued herein as "The Eggo Company, Inc. dba Kellogs") have presented to the Court a stipulation to dismiss this entire action with prejudice.

Based upon the foregoing, IT IS HEREBY ORDERED that the above-captioned action hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees, except as otherwise may be allocated in the parties' settlement agreement.

IT IS SO ORDERED.

DATE: _____     _____
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

53042731.1

1

**[] ORDER APPROVING STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**